UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF MIDWEST STEEL, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-19-CV-00130-FM |
| CLARK MCCARTHY HEALTHCARE PARTNERS II, W&W-AFCO STEEL LLC, FEDERAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, CLARK CONSTRUCTION GROUP, LLC, MCCARTHY BUILDING COMPANIES, INC., | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

Before the court is "Stipulation of Dismissal with Prejudice" ("Stipulation") [ECF No. 30], jointly filed August 29, 2019. Therein, the parties stipulate to dismissal of this case with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all

---

[1] "Stipulation of Dismissal with Prejudice" ("Stip.") 1, ECF No. 30, filed Aug. 29, 2019.

1

parties who have appeared."[2] The parties' attorneys have signed the Stipulation, demonstrating their consent.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the above-captioned cause.

**SO ORDERED.**

SIGNED this ___3___ day of **September, 2019.**

_____
**FRANK MONTALVO
UNITED STATES DISTRICT JUDGE**

---

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] *See* Stip. 3-4.